# EXHIBIT B



Photograph taken March 11, 2016. Retrieved from https://www.dogis.org 2/27/2018.



Photograph taken April 4, 2013. Retrieved from https://www.dogis.org 2/27/2018.



Photograph taken April 10, 2010. Retrieved from https://www.dogis.org 2/27/2018.



Photograph taken September 2017. Retrieved from https://www.google.com/maps/@41.212145,-96.1205971,3a,34.6y,286.65h,88.58t/data=!3m6!1e1!3m4!1sdkppdTO4Az5ZxlaVv6qOPg!2e0!7i13312!8i6656 2/27/2018.



Photograph taken September 2014. Retrieved from https://www.google.com/maps/@41.2121288,-96.1205814,3a,23.8y,289.05h,85.66t/data=!3m6!1e1!3m4!1s49o3vHBX7dG5JR8eeLb36A!2e0!7i13312!8i6656 2/27/2018.



Photograph taken September 2011. Retrieved from https://www.google.com/maps/@41.2121614,-96.1205997,3a,75y,286.65h,88.58t/data=!3m6!1e1!3m4!1s6VT2U00-36-NeN-exejGag!2e0!7i13312!8i6656 2/27/2018.