IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM,<br><br>                     Plaintiff,<br><br>vs.<br><br>ENTERPRISE RENT-A-CAR COMPANY - MIDWEST, LLC, and RAY ANDERSON, INC.,<br><br>                     Defendants. | **8:18CV97**<br><br>**ORDER TO SHOW CAUSE** |

This matter comes before the court after a review of the court file and pursuant to NECivR 41.2, which states in relevant part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

Plaintiff commenced this action on March 1, 2018. (Filing No. 1). On April 2, 2018, the Court granted Defendant Ray Anderson Inc.'s Motion for Extension of Time to Respond to Plaintiff's Complaint (Filing No. 8), extending its responsive pleading deadline to May 2, 2018. Defendant Ray Anderson Inc. has not filed any responsive pleading or requested additional time to do so, and Plaintiff has taken no further action against that Defendant this case. Plaintiff has a duty to prosecute the case and may, for example, seek default in accordance with the applicable rules, or take other action as appropriate. Under the circumstances, Plaintiff must make a showing of good cause for failure to prosecute or the action must be dismissed as to Defendant Ray Anderson, Inc. Accordingly,

**IT IS ORDERED:** On or before **June 20, 2018**, Plaintiff must show cause why this case should not be dismissed as to Defendant Ray Anderson Inc. for failure to prosecute or take some other appropriate action.

Dated this 4th day of June, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge